**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04638-KES Date: September 17, 2026

Title: CRISTOBAL FRANCISCO ARREAZA SANCHEZ v. JAMES JANECKA, et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANTS: None Present |

---

**PROCEEDINGS (IN CHAMBERS):** **Order to Show Cause Why this Action Should Not Be Dismissed**

On August 14, 2026, Venezuelan national Cristobal Francisco Arreaza Sanchez ("Petitioner") filed a counseled petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition" at Dkt. 1), challenging his detention by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). On September 1, 2026, as required by General Order 26-05, Respondents filed a notice of their intent to remove Petitioner to Mexico, a third country. (Dkt. 12.) On September 2, 2026, the Court temporarily stayed Petitioner's removal and dismissed the Petition with leave to amend, finding it was unclear whether Petitioner could state a claim for habeas relief in light of Respondents' newly stated intention to remove him to Mexico. (Dkt. 13.) The Court ordered Petitioner to file a First Amended Petition ("FAP") within 14 days, i.e., by September 16, 2026. (Id. at 4.) As of the date of this order, no FAP has been filed.

IT IS HEREBY ORDERED that, on or before **September 24, 2026**, Petitioner shall show cause why this action should not be dismissed for lack of prosecution. Petitioner may discharge this Order to Show Cause by either: (a) filing an FAP; (b) explaining why he missed the most recent deadline to do so and demonstrating good cause for an extension of the deadline; or (c) moving to voluntarily dismiss this action.

**If Petitioner fails to respond to this Order to Show Cause, the Court may dismiss this action for lack of prosecution and/or sanction Petitioner's counsel $200.**

Initials of Deputy Clerk jd