JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRISTOBAL FRANCISCO ARREAZA SANCHEZ,
Petitioner,
v.
JAMES JANECKA, et al.,
Respondents.

Case No. 5:26-cv-04638-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Grounds 1, 2, and 3 of the First Amended Petition are granted; Grounds 5 and 6 are denied; and Grounds 4, 7, 8, 9, and 10 are dismissed as moot.

DATED: October 19, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE